PORTER et al. v. MAYFIELD.

(Circuit Court of Appeals, Fifth Circuit. June 25, 1895.)

No. 359.

In Error to the Circuit Court of the United States for the Western District of Texas.

This was an action of trespass to try title under the Texas statute of July 12, 1891, and was brought by Theophilus Porter, Nancy A. Porter, and Cornelia Porter, citizens of Michigan, against Charles H. Mayfield, Henry Hoecke, W. P. Finley, George C. Shoaf, and Mrs. F. R. Noble. Additional parties were brought in as defendants by amendment. At the trial the circuit court directed a verdict for defendants, and judgment was entered accordingly. The plaintiffs bring error.

J. A. Buckler, for plaintiffs in error.

Wm. Aubrey, for defendant in error.

Before PARDEE and McCORMICK, Circuit Judges, and BRUCE, District Judge.

PER CURIAM. The majority of the judges being of opinion that the record shows no reversible error, the judgment of the circuit court is affirmed.